1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT E. STAFNE,

                              Plaintiff,

v.

PROPERTY AND CASUALTY INSURANCE
COMPANY OF HARTFORD,

                              Defendant.

No. C07-0517MJP

ORDER EXTENDING DEADLINE
FOR DISCLOSURE OF EXPERT
WITNESS REPORTS

        This matter comes before the Court on Defendant Property and Casualty Insurance Company of Hartford's Motion to Extend Deadline for Disclosure of Expert Witness Reports. (Dkt. No. 13.) Having considered Defendant's Motion, Plaintiff's Response (Dkt. No. 15), Defendant's Reply (Dkt. No. 24), all documents submitted in support thereof and the record herein, it is now HEREBY ORDERED that Defendant's motion is GRANTED.  It is FURTHER ORDERED that the new deadline for disclosure of expert witness reports is **December 14, 2007**.  The parties are to meet and confer regarding dates for completion of discovery and advise the Court if further time for discovery is needed to accommodate the taking of the expert depositions.

        Dated this 13th day of November, 2007.

Marsha J. Pechman
United States District Judge

ORDER - 1